**No. 41985.**—Protests 759792–G (A), etc., of Selsi Co., Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) and *Selsi* v. *United States* (C. D. 147) the claim at 27½ percent under paragraph 372 was sustained.